BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500
Counsel for Defendant WICKHAM

FILED

MAR 16 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JACKIE WICKHAM,<br><br>            Defendant. | No. CR 07-70006 WDB<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO MODIFY CONDITIONS<br>OF PRETRIAL RELEASE |

   Defendant Jackie Wickham is currently under pretrial supervision in the Northern District of California. As a condition of her release, Ms. Wickham has been required to reside at Cornell Corrections halfway house for the past two months. Ms. Wickham has requested permission to move back to her home, where she lives with her friend Gwendolyn Bellamy and Ms. Bellamy's son. Pretrial Services has been contacted, and has no opposition to Ms. Wickham's release from the halfway house under the conditions set forth below. Accordingly, the parties stipulate and agree that Ms. Wickham's conditions of pretrial release should be modified as follows:

   1.   The condition requiring Ms. Wickham to reside at Cornell Corrections halfway house is deleted;

   2.   Ms. Wickham is to reside at 2001 Marin Way, Apartment 9, in Oakland, California,

cc: WDB's Stats, Copy to parties via ECF,
    Pretrial, Financial

94606;

3. Ms. Wickham will abide by a curfew at the direction of Pretrial Services. The curfew will be enforced by means of electronic monitoring, not by random nightly telephone calls. In light of Ms. Wickham's limited resources, there will be no charge for the electronic monitoring.

4. Ms. Wickham will submit to drug and alcohol testing, at the direction of Pretrial Services.

SO STIPULATED.

Dated: March 14, 2007

MAUREEN BESSETTE
Assistant United States Attorney

SO STIPULATED.

Dated: March 14, 2007

HILARY A. FOX
Attorney for Defendant WICKHAM

## ORDER

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of this Court that defendant Jackie Wickham's conditions of pretrial release are modified as set forth above in the parties' stipulation.

IT IS SO ORDERED.

Dated: March 16, 2007

WAYNE D. BRAZIL
United States Magistrate Judge

-2-